# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2312
_____

Dason Boise Melius,

*Plaintiff - Appellant*,

v.

Lindsay Burke; Katherine Kerr; Gerald Jones; Terry Mapes,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted:  October 18, 2013
Filed: November 7, 2013
[Unpublished]

_____

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Dason Melius appeals the district court's[1] preservice 28 U.S.C.
§ 1915A dismissal of his pro se 42 U.S.C. § 1983 complaint against four individuals

---

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern
District of Iowa.

employed at Iowa's Newton Correctional Facility. Upon careful de novo review, we conclude that the dismissal was proper, because we agree with the district court that Melius failed to state a claim upon which relief could be granted. <u>See</u> 28 U.S.C. § 1915A (in civil action by prisoner for redress from governmental entity or officer or employee thereof, court shall dismiss complaint if court determines action fails to state claim); <u>see also</u> <u>Cooper v. Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____